# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | |
|---|---|
| **BITCO GENERAL INSURANCE CORPORATION** § § § | |
| Plaintiff § § | |
| vs. § | **CIVIL ACTION NO. 4:19-cv-00014-DC-DF** |
| § | |
| **ACE AMERICAN INSURANCE COMPANY** § § § § | |
| Defendant § | |

## FINAL JUDGMENT

CAME ON BEFORE the Court Joint Stipulation of Dismissal signed by counsel for Plaintiff BITCO General Insurance Corporation and Defendant ACE American Insurance Company, and the Court having considered such joint stipulation, is of the opinion that this case should be dismissed with prejudice; IT IS THEREFORE,

ORDERED that the above styled cause is hereby dismissed with prejudice to the refiling of same; IT IS FURTHER

ORDERED that all costs shall be paid by the party incurring same.

Dated this ___ day of _____, 2020.

_____
**United States District Judge**