IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| BITCO GENERAL INSURANCE, | § | |
| CORPORATION, | § | |
|    *Plaintiff,* | § | |
| | § | |
| V. | § | NO.  P:19-CV-00014 DC DF |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY, | § | |
|    *Defendant.* | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal (Doc. 20) filed February 4, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 7th day of February, 2020.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE